IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| VELMA ROBINSON, | : | |
| Plaintiff | : | |
| VS. | : | **1 : 04-CV-96 (RLH)** |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**ORDER**

The plaintiff herein has requested the appointment of legal counsel to represent her in the above-captioned Social Security appeal. Generally speaking, no right to counsel exists in civil actions. Wahl v. McIver, 773 F.2d 1169, 1174 (11th Cir. 1985); Mekdeci v. Merrel Nat'l. Lab., 711 F.2d 1510, 1522 n.19 (11th Cir. 1983). Appointment of counsel is a privilege that is justified only by exceptional circumstances. Lopez v. Reyes, 692 F.2d 15, 17 (5th Cir. 1982). No such exceptional circumstances have been identified by the plaintiff. Accordingly, the plaintiff's motion for appointment of counsel is hereby **DENIED**. If she has not already done so, the plaintiff is encouraged to seek counsel experienced in handling Social Security matters, even if she cannot afford to pay a flat fee for services. Depending on the merits of her case, counsel may be willing to handle plaintiff's case on a contingent fee basis.

The court notes as well that the Commissioner filed an answer in this case on August 20, 2004, but no brief has been filed by the plaintiff addressing her claims as required by Local Rule 9.2. Inasmuch as the plaintiff is proceeding *pro se*, and in an effort to move this matter toward resolution, the plaintiff is hereby **ORDERED AND DIRECTED** to file a brief explaining her

claims in this matter WITHIN THIRTY (30) DAYS of her receipt of this order.  The

Commissioner shall have THIRTY (30) DAYS after the filing of plaintiff's brief in which to file a

responsive brief.

**SO ORDERED**, this 7th day of June, 2005.

    /s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb