IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| VELMA ROBINSON, | ) | |
| | ) | |
| Plaintiff, ) | | |
| | ) | |
| v. | ) | Case No. 1:04-CV-96 (RLH) |
| | ) | |
| JO ANNE BARNHART, ) Commissioner of | | |
| ) Social Security, ) | | |
| | ) | |
| Defendant. ) | | |

ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action, this case is hereby remanded. On remand, the subsequent favorable claim will be consolidated with the unfavorable claim pending before the court, and the Commissioner will issue a decision covering both claims. The findings on the issue of disability made in the recent January 20, 2005 decision invade the period covered by the decision before the court and thus must be vacated. The medical evidence in that subsequent claim should also be considered. Accordingly, the remand should be granted to vacate both decisions, consolidate the claims, and issue a new decision in the consolidated claims, considering the evidence contained in both.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See

Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    IT IS SO ORDERED this 11th day of April, 2006.

                                          /s/ Richard L. Hodge
                                          Richard L. Hodge
                                          United States Magistrate Judge